WWW.GVLAW.COM

# GALLO VITUCCI KLAR
## LLP

Nadine Ibrahim
Of Counsel
Manhattan Office
nibrahim@gvlaw.com
201-343-1166 ext. 124

December 20, 2025

Application granted. The conference previously scheduled for January 9, 2026 is hereby adjourned to January 23, 2026 at 2:00 p.m.

Via ECF
Honorable Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
December 22, 2025

Re:    In the matter of *Namgladze, et al. v. Arroyo, et al.*
       Case No.: 1:25-CV-10199

Honorable Abrams,

The undersigned firm represents defendants Jose Arroyo and Nela Transport LLC in the above entitled action. Defendants write to respectfully request a brief adjournment of the initial conference in this matter. Counsel for co-defendant Amazon Logistics consents to this request. At the time of this writing, the undersigned has been unable to reach counsel for the plaintiff or counsel for co-defendant Eagle Express LLC. Upon information and belief, counsel for co-defendant Eagle Express LLC will be out of the office until January 2, 2026.

The basis for this request is that the undersigned attorney has pre-planned holiday travel and will be out of the country from December 22, 2025 through January 9, 2026. Accordingly, Defendants respectfully request a brief two-week adjournment of the initial conference, as well as an extension of time to file a status letter in this matter.

Respectfully submitted,

*Nadine Ibrahim*
Nadine Ibrahim

Manhattan (Downtown) 90 Broad Street, 12th Floor, New York, NY 10004   Manhattan (Midtown) 630 3rd Ave, 3rd Floor, New York, NY 10017
Westchester 3 West Main Street, Suite 302, Irvington, NY 10533   Long Island 100 Crossways Park West, Suite 305, Woodbury, NY 11797
New Jersey 3 University Plaza, Suite 402, Hackensack, NJ 07601  California 1212 Broadway Plaza, Suite 2100, Walnut Creek, CA 94596