UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVANE NAMGLADZE, TORNIKE BERADZE, and DAVITI TABATADZE,

Plaintiff,

v.

JOSE ARROYO, AMAZON LOGISTICS, INC., NELA TRANSPORT LLC, SWAPEER TRANSPORT LLC and THE EAGLE EXPRESS LLC,

Defendants.

25-CV-10199 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiffs' counsel has yet to file a formal notice of appearance in this action. They shall do so no later than August 14, 2026, or this case may be dismissed for failure to prosecute pursuant to Rule 41(b). Fed. R. Civ. P. 41(b). Defendants are ordered to serve this Order on Plaintiffs no later than August 11, 2026.

SO ORDERED.

Dated: August 7, 2026
New York, New York

Ronnie Abrams
United States District Judge